IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCIE L. BROOKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 2:06-CV-00081-DRB |
| | ) [WO] |
| JO ANNE B. BARNHART | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

### ORDER ON MOTION

Submitted now is the *Defendant's Motion to Remand* and the supporting memorandum (Docs. 17 and 18) filed on July 27, 2006. For good cause based upon the Appeal Council's determination that remand is appropriate for additional proceedings before an administrative law judge,[1] and based upon the absence of any objection to the requested remand,[2] it is hereby

**ORDERED** that the *Motion* (Doc. 17) is **GRANTED** and the decision of the Commissioner is **REVERSED AND REMANDED**, pursuant to *sentence four* of 42 U.S.C. §405(g) for further administrative proceedings.

---

[1] Upon receipt of the remand order, the Appeals Council "will remand this case to an ALJ who will be instructed to conduct a supplemental hearing and afford Plaintiff the opportunity to submit additional evidence. The ALJ will give further consideration to the opinion rendered by the medical expert at the hearing of August 30, 2004. The ALJ will also reconcile the internally inconsistent opinion of Kahing Chan, M.D. Finally, the ALJ will obtain supplemental vocational expert testimony, should it be warranted at step five of the sequential evaluation process." (*Def's Mem.* at 1)(Doc. 18).

[2] Plaintiff did not file any response to show cause why the motion should not be granted as directed by this court's July 27, 2006 *Order* (Doc. 19).

The final judgment requested in the supporting memorandum will be entered.[3]

Done this 14th day of August, 2006.

        **/s/ Delores R. Boyd**
        DELORES R. BOYD
        UNITED STATES MAGISTRATE JUDGE

---

[3] Entry of the final judgment reversing and remanding this case will begin the appeal period which determines the 30-day period during which time a timely application for attorney fees under the Equal Access to Justice Act may be filed. (*Def's Mem.* at 2).