IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCIE L. BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 2:06-CV-00081-DRB |
| | ) | [wo] |
| JO ANNE B. BARNHART | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

On August 14, 2006, this court entered a *Final Judgment* remanding this case to the Commissioner of Social Security for further proceedings pursuant to *sentence four* of 42 U.S.C. §405(g). (Docs. 20 and 21). Submitted now is the Plaintiff's *Motion for an Award of Attorney's Fees Pursuant to the Equal Access to Justice Act* (Doc. 22).

Plaintiff Marcie L. Brooks ("Plaintiff") seeks a total award of *$2,196.96* for attorney's fees to counsel of record, Cheryl D. Chapman. Plaintiff's *Motion* is timely filed, and she is a "prevailing party" within the meaning of 28 U.S.C. §2412(d)(1)(A), in that the court remanded this case for further consideration. Plaintiff has documented inflationary increases in the consumer price index which authorize an increase from the $125.00 hourly fee specified in the EAJA to the requested hourly rate of $159.20. This hourly rate is reasonable as are the 13.80 hours expended for itemized legal services between January 27, 2006 and October 25, 2006.

The Commissioner reports her agreement with Plaintiff's counsel "that Plaintiff should be awarded $2,000.00 under 28 U.S.C. §2412." (*Defendant's Response*, Doc. 24, filed Nov. 8, 2006). After confirming the agreement with Plaintiff's counsel**, the court further finds that the parties**

**have negotiated a fee amount of $2,000.00 --less than the amount sought in the Plaintiff's** *Motion*.

Accordingly, it is the

**ORDER, JUDGMENT, and DECREE** of this court that Plaintiff's *Motion* (Doc. 22, filed Oct. 25, 2006) is is **GRANTED** to the extent of the agreed-upon amount, **$2,000.00,** for payment to Plaintiff's counsel.

DONE this 9th day of November, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE